IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BANK OF MADISON AND TRUST CO., Special Administrator of the Estate of Maria Padron, Deceased, | ) ) ) ) | 4:05CV3257 |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| LYNN HOFFSCHNEIDER, doing business as ASAP Appliance & AC Services, | ) ) ) ) ) | |
| Defendant. | ) | |

It has come to this court's attention that this case was assigned to District Judge
Richard G. Kopf in error, and that it is a related case to 4:05CV3175.

THEREFORE, IT IS ORDERED that this case is reassigned to Magistrate Judge
David L. Piester for disposition, judicial supervision and processing of all pretrial matters.

DATED this 7th day of October, 2005.

BY THE COURT:


s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge