IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BANK OF MADISON AND TRUST CO., | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3257 |
| | ) | |
| v. | ) | |
| | ) | |
| LYNN HOFFSCHNEIDER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by October 28, 2005, file their Report of Parties' Planning Conference.

DATED October 11, 2005.

/s/ *David L. Piester*
United States Magistrate Judge