IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BANK OF MADISON AND TRUST CO., | ) | |
| | ) | 4:05CV3257 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **REASSIGNMENT ORDER** |
| | ) | |
| LYNN  HOFFSCHNEIDER, | ) | |
| | ) | |
| Defendants. | ) | |

A request has been received for random reassignment of this case to a District Judge. Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Richard G. Kopf for disposition and to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

DATED this 4th day of November, 2005.

BY THE COURT:

s/ Joseph F. Bataillon, Chief Judge
United States District Court