IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SILVIA GONZALEZ, JENNIFER GONZALEZ, AMALYA GONZALEZ, SUSANA REYES, and REYNOLDO GONZALEZ, | ) ) ) ) ) | 4:05CV3175 |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| LYNN HOFFSCHNEIDER, | ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| BANK OF MADISON AND TRUST CO., | ) ) | |
| | ) | 4:05CV3257 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| LYNN HOFFSCHNEIDER, | ) ) | |
| Defendant. | ) ) | |

        In Bank of Madison v. Hoffschneider, 4:05CV3257, the
defendant moved to consolidate the discovery in the above-
captioned cases.  Filing 5.  This motion was unopposed by the
defendant in that case.

        A motion to consolidate was not filed in Gonzalez et al v.
Hoffschneider, 4:05CV03175.  However, the parties in Gonzalez
have advised the court that they do not oppose consolidation of
the above-captioned cases for discovery.

IT THEREFORE HEREBY IS ORDERED:

1.    The defendant's motion to consolidate discovery, filing
      5, in <u>Bank of Madison v. Hoffschneider</u>, 4:05CV3257, is
      granted.

2.    The above-captioned cases are hereby consolidated, **for
      discovery only**, pursuant to Fed. R. Civ. P. 42.  Unless
      otherwise agreed among counsel, all parties to both
      cases may participate in discovery, through counsel, as
      if the two cases were one.

3.    To facilitate joint discovery filings and electronic
      notice to all parties of discovery filings in both
      cases, the clerk is ordered to:

      a.    In the case of <u>Gonzalez et al v. Hoffschneider</u>,
            4:05CV03175:

            •    List the Bank of Madison and Trust Co., and
                 its counsel of record, George H. Moyer, Jr.
                 as an interested party.

      b.    In the case of <u>Bank of Madison v. Hoffschneider</u>,
            4:05CV3257:

            •    List Silvia Gonzalez, Jennifer Gonzalez,
                 Amalya Gonzalez, Reynoldo Gonzalez, and
                 Susana Reyes as Special Administrator in
                 Formal Proceedings in the Estate of Josefa
                 Reyes, and their counsel of record, Daniel H.
                 Friedman and Herbert J. Friedman, as
                 interested parties; and

            •    List Reynoldo Gonzalez, and his counsel of
                 record, Daniel P. Chesire, as an interested
                 party.

DATED this 22nd day of November, 2005.

                              BY THE COURT:

                              s/ *David L. Piester*

                              David L. Piester
                              United States Magistrate Judge


                                   2